**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HWA SUNG SIM,<br><br>    Plaintiff,<br><br>    v.<br><br>MONICA DURAN, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01051-DAD-SAB (PC)<br><br>ORDER MODIFYING AUGUST 1, 2017 DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 38] |

Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 30, 2018, the parties filed a joint stipulation to modify the August 1, 2017 discovery and scheduling order.

Based on a showing of good cause, the August 1, 2017 discovery and scheduling order is HEREBY MODIFIED as follows: Discovery limited to the deliberate indifference claim against Defendant Patel is permitted from April 17, 2018, through July 16, 2018, and any dispositive motion shall be filed by October 15, 2018.

IT IS SO ORDERED.

Dated: __**April 2, 2018**__

                                       UNITED STATES MAGISTRATE JUDGE