IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HWA SUNG SIM,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MONICA DURAN, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:16-cv-01051-DAD-SAB (PC)<br><br>**STIPULATION AND ORDER FOR MEDICAL EXAMINATION** |

　　　Plaintiff Hwa Sung Sim and Defendants Duran, Johal, and Patel, by and through their respective counsel, submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35 and the following terms.

　　　**Party**: Hwa Sung Sim, Plaintiff

　　　**Date**: June 28, 2018

　　　**Time**: 9:00 a.m.

　　　**Physician**: Steven McIntire, M.D.

　　　**Specialty**: Neurology

　　　**Location**: 947 South Anaheim Blvd., Suite 280, Anaheim, CA 92805

///

1

1. Plaintiff Hwa Sung Sim alleges that Defendant Duran used excessive force against him on August 31, 2014, at Wasco State Prison. Plaintiff also alleges that Defendants Johal and Patel acted with deliberate indifference to his serious medical needs following the incident on August 31, 2014. Plaintiff's past and current physical condition is in controversy. Good cause therefore exists to conduct a medical examination.

2. The examination will be performed by Dr. Steven McIntire, M.D., a licensed and board certified neurologist. Dr. McIntire's curriculum vitae is included as Attachment A.

3. The examination will include a complete medical history, a physical examination, tests, oral questions, and such other necessary and/or related procedures, none of which will be painful, protracted, or intrusive. The examination will be conducted as Dr. McIntire deems necessary to evaluate Plaintiff's physical condition as presented on the day of the examination and for the purpose of evaluating injuries Plaintiff allegedly sustained on August 31, 2014, which are the subject of this lawsuit. Dr. McIntire's neurological evaluation will specifically include the examinations listed in Attachment B.

4. The total time for the examination will last approximately one and a half hours exclusive of breaks, depending on various factors, including Plaintiff's cooperation.

5. Plaintiff will be entitled to take reasonable rest or bathroom breaks, if necessary.

6. Plaintiff may not be accompanied during the examination by any individual.

7. Dr. McIntire will audio record the examination, but will not provide a copy of the recording to Plaintiff. However, Plaintiff is welcome to bring his own audio recording device and to record the examination for himself. The examination will not otherwise be videotaped or recorded.

8. Dr. McIntire will be designated as an expert witness for Defendants and will prepare a report of his findings and conclusions consistent with Federal Rules of Civil Procedure 26(a)(2)(B), 35, and any other applicable rules. Defendants will provide a copy of the report to Plaintiff's counsel when it becomes available. Defendants will also provide copies of all supplemental reports to Plaintiff's counsel as they become available. Plaintiff will further provide reports of all earlier or later examinations of the same condition.

2

Stipulation and [Proposed] Order for Medical Exam. (1:16-cv-01051-DAD-SAB (PC))

9. The costs for the examination will be borne by the Defendants.

10. If Plaintiff is unable to attend the examination, and Defendants incur a cancellation fee or no-show fee, Defendants may file a motion with the Court to recover the fee.

11. Dr. McIntire will be made aware of these terms and conditions, and will comply with them. Dr. McIntire will be provided with a copy of this stipulation before the examination, and by proceeding with the examination, agrees to its terms and conditions.

**IT IS SO STIPULATED.**

Dated: June 20, 2018         /s/ *Kevin S. Conlogue* *(as authorized on 6/20/18)*
                                                     Kevin S. Conlogue
                                                     Law Office of Kevin S. Conlogue
                                                     *Attorney for Plaintiff Hwa Sung Sim*

Dated: June 21, 2018         /s/ *David C. Goodwin*
                                                     DAVID C. GOODWIN
                                                     Deputy Attorney General
                                                     *Attorney for Defendants*
                                                     *Duran, Johal, and Patel*

IT IS SO ORDERED.

Dated: **June 21, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

3

Stipulation and [Proposed] Order for Medical Exam. (1:16-cv-01051-DAD-SAB (PC))