IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HWA SUNG SIM,**<br><br>Plaintiff,<br><br>v.<br><br>**MONICA DURAN, et al.,**<br><br>Defendants. | 1:16-cv-01051-DAD-SAB (PC)<br><br>**STIPULATION AND ORDER ON DEFENDANTS' MOTION TO COMPEL**<br><br>Judge: Hon. Stanley A. Boone<br>Trial Date: None set<br>Action Filed: July 21, 2016 |

Plaintiff Hwa Sung Sim and Defendants Duran, Johal, and Patel, by and through their respective counsel, submit this stipulation and proposed order regarding Defendants' motion to compel filed on July 16, 2018. (ECF No. 43.)

1. On July 16, 2018, Johal, Patel, and Duran filed a motion to compel regarding Patel's first set of requests for production of documents numbers 9, 10 and 11. (ECF No. 43.) The requests in dispute pertain to Plaintiff's video recordings of Defendants' depositions.

2. The parties have now come to an agreement regarding the production of the video recordings.

/ / /

/ / /

1

3. On or before August 1, 2018, Plaintiff's counsel will serve to Defendants' counsel the complete video recordings taken of Johal's deposition on December 18, 2018; Duran's deposition on January 22, 2018; and Patel's deposition on June 14, 2018.

4. Plaintiff's counsel will produce the video recordings in a reasonably usable form within the meaning of Federal Rule of Civil Procedure 34(b)(2)(E)(ii).

5. Plaintiff's counsel will produce the video recordings at no charge to the Defendants.

6. After Defendants receive the video recordings, and confirm that they are complete and in a usable form, Defendants shall file a notice of withdrawal of the motion to compel.

**IT IS SO STIPULATED.**

Dated: July 18, 2018  /s/ *Gabriel H. Avina* (as authorized on 7/18/18)
Gabriel H. Avina
Law Offices of Gabriel H. Avina
*Attorney for Plaintiff Hwa Sung Sim*

Dated: July 18, 2018  /s/ *David C. Goodwin*
DAVID C. GOODWIN
Deputy Attorney General
*Attorney for Defendants Duran, Johal, and Patel*

IT IS SO ORDERED.

Dated: **July 19, 2018**

UNITED STATES MAGISTRATE JUDGE