# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONICA DURAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01051-DAD-SAB (PC)<br><br>ORDER DIRECTING THAT DEFENDANTS' MOTION TO COMPEL BE TERMED PURSUANT TO NOTICE OF WITHDRAWAL<br><br>[ECF No. 46] |

Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

In accordance with the stipulation and order dated July 19, 2018, Defendants motion to compel filed on July 16, 2018, shall be termed pursuant to notice of withdrawal. (ECF No. 46.)

IT IS SO ORDERED.

Dated: __**August 1, 2018**__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1