# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONICA DURAN, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01051-DAD-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE COPY OF THE DEPOSITION TRANSCRIPTS<br><br>[ECF No. 51.] |

Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 15, 2018, Defendants filed a motion for summary judgment. On November 4, 2018, Plaintiff filed an opposition and attached portions of Defendants' deposition transcripts. (ECF No. 51.) However, Plaintiff did not file a copy of the complete deposition as required by Local Rule 133(j).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall lodge a hard copy of Defendants' entire deposition transcripts within **ten days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 16, 2018**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1