# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONICA DURAN, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01051-SAB (PC)<br><br>ORDER APPROVING JOINT STIPULATION FOR PLAINTIFF TO FILE A DECLARATION OF BIJAN ZARDOUZ, M.D., IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 61] |

　　　　Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 28, 2018, the parties filed a joint stipulation for leave of court for Plaintiff to file a declaration from Bijan Zardouz, M.D., in support of Plaintiff's opposition to Defendants' motion for summary judgment.

　　　　It is HEREBY ORDERED that Plaintiff is granted leave of court to file a declaration from Bijan Zardouz, M.D., in support of Plaintiff's opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: **November 29, 2018**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1