**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HWA SUNG SIM, | ) Case No. 1:16-cv-01051-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER SETTING TELEPHONIC TRIAL SCHEDULING CONFERENCE |
| MONICA DURAN, et al., | ) |
| Defendants. | ) |

Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), both parties consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

This action is proceeding against Defendant Monica Duran for excessive force in violation of the Eighth Amendment, and the case is now ready to be set for trial. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **March 4, 2019, at 3:45 p.m.**, in Courtroom 9 before the undersigned; and

///

///

1

2. Counsel for both parties are directed to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **February 22, 2019**

                                     UNITED STATES MAGISTRATE JUDGE