# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONICA DURAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01051-SAB (PC)<br><br>AMENDMENT TO TRIAL SCHEDULING ORDER<br><br>[ECF No. 67] |

　　　　Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 5, 2019, the Court issued a trial scheduling order in this matter setting, among other things, the date the jury trial on October 1, 2019. The Court's order, at page 1, line 27, incorrectly states that the jury trial is set to begin on October 9, 2019, not October 1, 2019.

　　　　Accordingly, the Court's March 5, 2019, is hereby AMENDED at page 1, line 27, to reflect that the jury trial is scheduling to begin on **October 1, 2019, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: __**March 5, 2019**__

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1