# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM,<br><br>    Plaintiff,<br><br>    v.<br><br>MONICA DURAN,<br><br>    Defendant. | Case No. 1:16-cv-01051-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE FOR SEPTEMBER 12, 2019 |

Hwa Sung Sim ("Plaintiff") is a state prisoner appearing with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. The matter is currently set for a jury trial and the parties have requested a settlement conference. Therefore, this case will be referred to United States Magistrate Judge Barbara A. McAuliffe to conduct a settlement conference. The Court will issue the necessary transportation order by separate order.

In accordance with the above, IT IS HEREBY ORDERED that this case is set for a settlement conference before United States Magistrate Judge Barbara A. McAuliffe on **September 12, 2019, at 10:00 a.m.** in Courtroom 8.

IT IS SO ORDERED.

Dated: __August 6, 2019__

                                      UNITED STATES MAGISTRATE JUDGE

1