FILED

SEP 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ΕV_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM, | Case No.: 1:16-cv-01051-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO HWA SUNG SIM, CDCR #AK-4040 |
| MONICA DURAN, | |
| Defendant. | |

A settlement conference in this matter commenced on September 12, 2019. Inmate Hwa Sung Sim, CDCR #AK-4040 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 9/12/19

UNITED STATES MAGISTRATE JUDGE

1