# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM,<br><br>    Plaintiff,<br><br>v.<br><br>MONICA DURAN,<br><br>    Defendant. | No. 1:16-cv-01051-SAB (PC)<br><br>ORDER THAT INMATE **HWA SUNG SIM, CDCR AK-4040**, IS NO LONGER NEEDED AS A PLAINTIFF/WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial commenced on October 1, 2019 in this matter, and has now concluded. Inmate Hwa Sung Sim, CDCR Inmate No. AK-4040, is no longer needed by the Court as a plaintiff in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 3, 2019**

UNITED STATES MAGISTRATE JUDGE