FILED

OCT -4 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HWA SUNG SIM,

        Plaintiff,

vs.

MONICA DURAN,

        Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:16-CV-01051-SAB (PC)

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT MONICA DURAN AND AGAINST PLAINTIFF HWA SUNG SIM.  The Court DENIED Defendant's motion, taken under submission, for a directed verdict under Rule 50(a) and judgment as a matter of law on qualified immunity grounds as moot.

DATED: 10.4.2019

MARIANNE MATHERLY, Clerk

By: _____
       Deputy Clerk