# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA SUNG SIM, | ) Case No. 1:16-cv-01051-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE JUDGMENT |
| MONICA DURAN, et al., | ) |
| Defendants. | ) (Doc. No. 124) |
| | ) **AMENDED FINAL JUDGMENT** |

Plaintiff Hwa Sung Sim is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 4, 2019, the Court entered judgment in favor of Defendants Monica Duran and against Plaintiff Hwa Sung Sim. (ECF No. 119.)

On October 28, 2019, Defendants Duran, Patel, and Johal filed a motion to amend the judgment pursuant to Federal Rule of Civil Procedure 54(b). Defendants' motion to amend the judgment is granted, and the judgments entered on February 15, 2019 and October 4, 2019, are VACATED.

IT IS HEREBY ORDERED AND ADJUDGED that JUDGEMENT is ENTERED in favor of Defendants Dr. Patel and Dr. Johal and against Plaintiff Hwa Sung Sim pursuant to the motion for summary judgment filed on February 15, 2019, and JUDGMENT is ENTERED in favor of Defendant Monica Duran against Plaintiff Hwa Sung Sim following the rendering of the verdict after trial by jury

on October 4, 2019.  The Court also DENIED Defendant's motion, taken under submission, for a directed verdict under Rule 50(a) and judgment as a matter of law on qualified immunity grounds as moot.

IT IS SO ORDERED.

Dated:   **October 29, 2019**

UNITED STATES MAGISTRATE JUDGE